## Beamer *v.* Philadelphia and Reading Railway Company, Appellant (No. 2).

OPINION BY HENDERSON, J., March 1, 1912:

This case arises out of the same facts and involves the same principles of law considered in the case of Samuel H. Beamer and Susanna H. Beamer, his wife, in the right of the wife v. Philadelphia & Reading Railway Co., ante, p. 211. For the reasons given there the judgment in this case is affirmed.